IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT E. POMBRIO,

    Petitioner,                   No. CIV S-10-0243 EFB P

    vs.

KEN CLARK, Warden,

    Respondent.                 ORDER

_____/

    Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254.

    Petitioner's challenge relates to a prison disciplinary hearing at the California Substance Abuse Treatment Facility in Kings County and so this action should have been commenced in the district court in Fresno. Local Rule 120(d).

    Accordingly, it is hereby ordered that:

    1. This action is transferred to the district court in Fresno. *See* Local Rule 120(f).

    2. The Clerk of Court shall assign a new case number.

////

////

////

3. All future filings shall bear the new case number and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

DATED: February 5, 2010.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2