# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT E. POMBRIO, | 1:10-cv-00191-OWW-DLB (HC) |
|     Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION, DENYING PETITIONER'S MOTIONS FOR RELEASE AND PRELIMINARY INJUNCTION |
| v. | |
| KEN CLARK, | [Doc. 21] |
|     Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 17, 2010, the Magistrate Judge issued Findings and Recommendation that Petitioner's motion for release and request for preliminary injunction be DENIED. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On September 7, 2010, Petitioner filed timely objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued August 17, 2010, is ADOPTED IN FULL; and

2. Petitioner's motion for release and request for preliminary injunction is DENIED.

IT IS SO ORDERED.

Dated:   October 18, 2010                              /s/ Oliver W. Wanger
                                                   UNITED STATES DISTRICT JUDGE